AO 245B (Rev. 8/96) Sheet 1 - Judgment Criminal Case

# United States District Court
## District of Minnesota

UNITED STATES OF AMERICA
v.
**LINDA FAITH BAUER**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)
Case Number: **00-99(1)(DSD)**

David Warg
Defendant's Attorney

**THE DEFENDANT:**

[✔] pleaded guilty to count: 1 of the Information .

Accordingly, the defendant is adjudged guilty of such count, which involves the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 47 USC §§ 605(a) & (e)(4) | Receipt and distribution of unauthorized satellite decryption devices | 02/11/99 | 1 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Special Assessment Amount $ 100.00 in full and immediately.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: **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**
Defendant's Date of Birth: **11/24/58**
Defendant's USM No.: **09457-041**
Defendant's Residence Address:

**18851 Emery Avenue East**
**Hastings, MN 55033**

Defendant's Mailing Address:

August 22, 2000
Date of Imposition of Judgment

Signature of Judicial Officer

**DAVID S. DOTY**, Senior United States District Judge
Name & Title of Judicial Officer

August 22, 2000
Date

Filed AUG 23 2000
Francis E. Dosal, Clerk
Judgment Entd
Deputy Clerk
(dist'd)

A true copy in 4 sheet(s)
of the record in my custody.
Certified ________, 2000
by ________
Deputy Clerk

(11)

# PROBATION

The defendant is hereby placed on probation for a term of 2 years

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13,1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

[✔] The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check if applicable.)

[✔] The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check if applicable).

If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page (if indicated below).

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit home or her at an time a home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

# SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapons.

2. The instant offense is not drug-related and defendant is not required to undergo mandatory drug testing as set forth by 18 U.S.C. §§ 3563(a) and 3583(d).

3. The defendant shall participate in a psychological or psychiatric counseling or treatment program, as approved and directed by the probation officer.

4. The defendant shall perform 100 hours of community service, as directed by the probation officer.

# STATEMENT OF REASONS

[✔] The court adopts the factual findings and guideline application in the presentence report.

**Guideline Range Determined by the Court:**

Total Offense Level: 7

Criminal History Category: I

Imprisonment Range: 0 to 6 months

Supervised Release Range: 2 to 3

Fine Range: $ 500 to $ 500,000

[✔] Fine is waived or is below the guideline range, because of inability to pay.

[✔] The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by application of the guidelines.